1   Patrick M. Callahan, State Bar No. 219419
    BURNHAM BROWN
2   A Professional Law Corporation
    P.O. Box 119
3   Oakland, California 94604
    ---
4   1901 Harrison Street, 11th Floor
    Oakland, California  94612
5   Telephone:      (510) 444-6800
    Facsimile:      (510) 835-6666
6
    Attorneys for Plaintiff
7   HERMAN MILLER, INC., a Michigan Corporation

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10

11

12   HERMAN MILLER, INC., a Michigan        | 06 80099-MISC. MJJ
     Corporation,                           |
13                                          | UNITED STATES DISTRICT COURT
                     Plaintiff,             | WESTERN DISTRICT OF MICHIGAN
14
     v.                                     | No. 1:04CV0781
15
     A. STUDIO S.R.L., an Italian limited liability
16   company,                              | [PROPOSED] ORDER TO SHOW
                                           | CAUSE
                     Defendant.
17

18

19          Based on the Application of Herman Miller, Inc. presented to this Court and the

20   supporting material presented with that Application, it appears to the Court that Leif Petersen,

21   Inc. may have willfully disobeyed an Order of this Court by virtue of its failure to comply with a

22   Subpoena served on it on September 20, 2005.  Therefore,

23          IT IS ORDERED that:
                                        file with
24   1.    Leif Petersen, Inc. must appear before this Court on ___June 7, 2006___ at
           a brief to
25   _____ and then and there show cause, if there is any, why it should not be held in

26   contempt of this Court for failure to comply with the Subpoena described above.

27   2.    Herman Miller, Inc., is ordered to serve this Order to Show Cause, the Application

28   for the Order to Show Cause, and all materials submitted to the Court in connection

                                        1
[PROPOSED] ORDER TO SHOW CAUSE

with the Application on Leif Peterson. Service will be by personal delivery, in a manner that complies with Rule 4.1 of the Federal Rules of Civil Procedure, no later than 5:00 pm on  May 31, 2006  .

3. In addition to service on Leif Petersen, Inc., Herman Miller, Inc., is ordered to serve a copy of this Order to Show Cause, the Application for the Order to Show Cause, and all materials submitted to the Court in connection with the Application on all other parties to this action. Service on the other parties to the action will comply with the requirements of Rule 5(b) of the Federal Rules of Civil Procedure and will take place forthwith.

4. Herman Miller, Inc. is ordered to file proof of compliance with the service provisions of this Order with the Court no later than  5:00 pm  on  May 31, 2006  .

DATED: May 18, 2006

_____
U.S. DISTRICT JUDGE

749802

[PROPOSED] ORDER TO SHOW CAUSE