| | |
|---|---|
| 1 | HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP |
| | GARNER K. WENG - 191462 |
| 2 | 425 Market Street, 26th Floor |
| | San Francisco, CA 94105 |
| 3 | Telephone: (415) 777-3200 |
| | Facsimile: (415) 541-9366 |
| 4 | gweng@hansonbridgett.com |
| 5 | |
| | Attorneys for Non-Party |
| 6 | LEIF PETERSEN, INC. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HERMAN MILLER, INC., a Michigan Corporation, | | No. 06 80099-MISC. MJJ |
| | Plaintiff, | UNITED STATES DISTRICT COURT WESTERN DISTRICT OF MICHIGAN |
| v. | | No. 1:04CV0781 |
| A. STUDIO S.R.L., an Italian limited liability company, | | STIPULATION TO EXTEND TIME FOR RESPONSE TO ORDER TO SHOW CAUSE; [PROPOSED] ORDER |
| | Defendant. | |

WHEREAS, on or about May 8, 2006, Plaintiff Herman Miller, Inc. filed with this Court its Application for Order to Show Cause for Contempt relating to a subpoena for documents to non-party Leif Petersen, Inc.;

WHEREAS, on or about May 18, 2006, this Court issued an Order to Show Cause requiring Leif Petersen, Inc. to file with this Court on June 7, 2006 a brief to show cause, if there is any, why it should not be held in contempt of this Court for failure to comply with the above-mentioned subpoena;

WHEREAS, Herman Miller, Inc. and Leif Petersen, Inc. have engaged in further discussions regarding Leif Petersen, Inc.'s production of documents in compliance with the above-mentioned subpoena and are pursuing additional discussions by which they hope to resolve

- 1 -

1  any disputed issues regarding the subpoena or the Order to Show Cause amicably, without further
2  action by the Court;
3      WHEREAS, Herman Miller, Inc. and Leif Petersen, Inc. believe that having additional
4  time before engaging in any further briefing of the Order to Show Cause will allow them to
5  complete these discussions and hopefully resolve any above-mentioned disputed issues, without
6  further action by the Court;
7      NOW, THEREFORE, the parties to this action, through their undersigned counsel,
8  stipulate and request that the Court enter as its Order as follows:
9      Leif Petersen, Inc. will have until July 5, 2006 to file with this Court a brief to show
10 cause, if there is any, why it should not be held in contempt of this Court for failure to comply
11 with the above-mentioned subpoena.

DATED: June 6, 2006

Hanson Bridgett Marcus Vlahos & Rudy, LLP

By: /s/ Garner K. Weng
GARNER K. WENG
Attorneys for Non-Party
LEIF PETERSEN, INC.

DATED: June 6, 2006

Burnham Brown

By: /s/ Patrick M. Callahan
PATRICK M. CALLAHAN
Attorneys for Plaintiff
HERMAN MILLER, INC.

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: June 9, 2006

*[signature]*

HONORABLE MARTIN J. JENKINS
United States District Judge