HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
GARNER K. WENG - 191462
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
E-mail: gweng@hansonbridgett.com

Attorneys for Non-Party
LEIF PETERSEN, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMAN MILLER, INC., a Michigan Corporation,<br><br>Plaintiff,<br><br>v.<br><br>A. STUDIO S.R.L., an Italian limited liability company,<br><br>Defendant. | No. 06 80099-MISC. MJJ<br><br>**UNITED STATES DISTRICT COURT WESTERN DISTRICT OF MICHIGAN**<br><br>No. 1:04CV0781<br><br>**FURTHER STIPULATION TO EXTEND TIME FOR RESPONSE TO ORDER TO SHOW CAUSE; [PROPOSED] ORDER** |

WHEREAS, on or about May 8, 2006, Plaintiff Herman Miller, Inc. filed with this Court its Application for Order to Show Cause for Contempt relating to a subpoena for documents to non-party Leif Petersen, Inc.;

WHEREAS, on or about May 18, 2006, this Court issued an Order to Show Cause requiring Leif Petersen, Inc. to file with this Court on June 7, 2006 a brief to show cause, if there is any, why it should not be held in contempt of this Court for failure to comply with the above-mentioned subpoena;

WHEREAS, Herman Miller, Inc. and Leif Petersen, Inc. engaged in further discussions regarding Leif Petersen, Inc.'s production of documents in compliance with the above-mentioned subpoena and are pursuing additional discussions by which they hope to resolve any disputed issues regarding the subpoena or the Order to Show Cause amicably, without further action by the

- 1 -

1 Court;

2 WHEREAS, on or about June 6, 2006, Herman Miller, Inc. and Leif Petersen, Inc. jointly stipulated to Leif Petersen, Inc. having until July 5, 2006 to file with this Court a brief to show cause, if there is any, why it should not be held in contempt of this Court for failure to comply with the above-mentioned subpoena and requested that the Court enter this extension as its order;

WHEREAS, on June 9, 2006, the Court entered this extension as its order;

WHEREAS, since June 9, 2006, Herman Miller, Inc. and Leif Petersen, Inc. have made substantial progress in resolving their issues without this Court's involvement;

WHEREAS, Herman Miller, Inc. and Leif Petersen, Inc. believe that having additional time to engage in further discussions, before engaging in any further briefing of the Order to Show Cause, may allow them to resolve any disputed issues, without further action by the Court;

NOW, THEREFORE, the parties to this action, through their undersigned counsel, stipulate and request that the Court enter as its Order as follows:

Leif Petersen, Inc. will have until July 19, 2006 to file with this Court a brief to show cause, if there is any, why it should not be held in contempt of this Court for failure to comply with the above-mentioned subpoena.

DATED: June 30, 2006

Hanson Bridgett Marcus Vlahos & Rudy, LLP

By: _____
GARNER K. WENG
Attorneys for Non-Party
LEIF PETERSEN, INC.

DATED: June 30, 2006

Burnham Brown

By: _____
PATRICK M. CALLAHAN
Attorneys for Plaintiff
HERMAN MILLER, INC.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July 10, 2006

*/s/ Martin J. Jenkins*
HONORABLE MARTIN J. JENKINS
United States District Judge

FURTHER STIPULATION TO EXTEND TIME FOR RESPONSE TO ORDER
TO SHOW CAUSE (CASE NO. 06 80099-MISC. MJJ)

1262010.1