1   HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
    GARNER K. WENG - 191462
2   425 Market Street, 26th Floor
    San Francisco, CA 94105
3   Telephone:   (415) 777-3200
    Facsimile:   (415) 541-9366
4   E-mail:      gweng@hansonbridgett.com

5   Attorneys for Non-Party
    LEIF PETERSEN, INC.

6

7

8                  UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  HERMAN MILLER, INC., a Michigan          No. 06 80099-MISC. MJJ
    Corporation,
12                                            UNITED STATES DISTRICT COURT
                    Plaintiff,                WESTERN DISTRICT OF MICHIGAN
13
        v.                                    No. 1:04CV0781
14
    A. STUDIO S.R.L., an Italian limited      JOINT STIPULATION REQUESTING
15  liability company,                        WITHDRAWAL OF ORDER TO SHOW
                                              CAUSE; [PROPOSED] ORDER
16                  Defendant.

17

18          WHEREAS, on or about May 8, 2006, Plaintiff Herman Miller, Inc. filed with this Court

19  its Application for Order to Show Cause for Contempt relating to a subpoena for documents to

20  non-party Leif Petersen, Inc.;

21          WHEREAS, on or about May 18, 2006, this Court issued an Order to Show Cause

22  requiring Leif Petersen, Inc. to file with this Court on June 7, 2006 a brief to show cause, if there

23  is any, why it should not be held in contempt of this Court for failure to comply with the above-

24  mentioned subpoena;

25          WHEREAS, Herman Miller, Inc. and Leif Petersen, Inc. engaged in further discussions

26  regarding Leif Petersen, Inc.'s production of documents in compliance with the above-mentioned

27  subpoena;

28          WHEREAS, on or about June 6, 2006, Herman Miller, Inc. and Leif Petersen, Inc. jointly

                                      - 1 -

1  stipulated to Leif Petersen, Inc. having until July 5, 2006 to file with this Court a brief to show

2  cause why it should not be held in contempt of this Court for failure to comply with the above-

3  mentioned subpoena and requested that the Court enter this extension as its order;

4      WHEREAS, on June 9, 2006, the Court entered this extension as its order;

5      WHEREAS, on or about June 30, 2006, Herman Miller, Inc. and Leif Petersen, Inc.

6  jointly stipulated to Leif Petersen, Inc. having until July 19, 2006 to file with this Court a brief to

7  show cause why it should not be held in contempt of this Court for failure to comply with the

8  above-mentioned subpoena and requested that the Court enter this extension as its order;

9      WHEREAS, on July 10, 2006, the Court entered this extension as its order;

10      WHEREAS, Herman Miller, Inc. and Leif Petersen, Inc. have now resolved any issues

11  regarding the above-mentioned subpoena and the Order to Show Cause amicably, without need

12  for further action by the Court; and

13      WHEREAS, Herman Miller, Inc. does not seek any further action by the Court with

14  respect to its Application for Order to Show Cause for Contempt or the Court's Order to Show

15  Cause;

16      NOW, THEREFORE, the parties to this action, through their undersigned counsel,

17  stipulate and request that the Court enter as its Order as follows:

18      The Court's Order to Show Cause dated May 18, 2006 is withdrawn; and Leif Petersen,

19  Inc. need not file any papers with the Court or otherwise appear before the Court to show cause

20  why it should not be held in contempt of this Court for failure to comply with the above-

21  mentioned subpoena.

22  DATED:  July 17, 2006         Hanson Bridgett Marcus Vlahos & Rudy, LLP

By: _____
GARNER K. WENG
Attorneys for Non-Party
LEIF PETERSEN, INC.

- 2 -

1263979.1

1    DATED: July 17, 2006

2

3                                              Burnham Brown

4                                              By: _____
                                               PATRICK M. CALLAHAN
5                                              Attorneys for Plaintiff
                                               HERMAN MILLER, INC.

6

7

8                              **ORDER**

9         PURSUANT TO STIPULATION, IT IS SO ORDERED.

10   DATED: July 18      , 2006

11

12                                             HONORABLE MARTIN J. JENKINS
                                               United States District Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -
STIPULATION REQUESTING WITHDRAWAL OF ORDER TO SHOW
CAUSE (CASE NO. 06 80099-MISC. MJJ)                                    1263979.1